**No. 10-10153. Abe Williams, Petitioner v. Mike Martel, Warden, et al.**

564 U.S. 1041, 131 S. Ct. 3070, 180 L. Ed. 2d 895, 2011 U.S. LEXIS 4954.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 285.

**No. 10-10155. Ethan Book, Jr., Petitioner v. Robert Mendoza, et al.**

564 U.S. 1042, 131 S. Ct. 3070, 180 L. Ed. 2d 895, 2011 U.S. LEXIS 4902,

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-10162. Antonio A. Andrews, Petitioner v. Missouri.**

564 U.S. 1042, 131 S. Ct. 3070, 180 L. Ed. 2d 895, 2011 U.S. LEXIS 4878.

June 27, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 329 S.W.3d 369.

**No. 10-10164. Tyree W. Brown, Individually and as the Statutory Heir and Wrongful Death Beneficiary of Chester Brown and Lester Brown, Deceased, Petitioner v. Illinois Central Railroad Company, Inc., aka Canadian National Railroad, et al.**

564 U.S. 1042, 131 S. Ct. 3071, 180 L. Ed. 2d 895, 2011 U.S. LEXIS 4984,

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 480 Fed. Appx. 753.

**No. 10-10167. Charles Whitlow, et ux., Petitioners v. Pedro Porras Cubillo.**

564 U.S. 1042, 131 S. Ct. 3071, 180 L. Ed. 2d 895, 2011 U.S. LEXIS 4891.

June 27, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-10170. Robert Cheeseman, Petitioner v. Randolph L. Garrison, et al.**

564 U.S. 1042, 131 S. Ct. 3071, 180 L. Ed. 2d 895, 2011 U.S. LEXIS 4896.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10175. Jesus Olivo, Petitioner v. Texas.**

564 U.S. 1042, 131 S. Ct. 3072, 180 L. Ed. 2d 895, 2011 U.S. LEXIS 4915.

June 27, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-10178. William E. Johnson, Petitioner v. Texas.**

564 U.S. 1042, 131 S. Ct. 3072, 180 L. Ed. 2d 895, 2011 U.S. LEXIS 4962.

June 27, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Third District, denied.